# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
AUG 2 7 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALMA VERONICA TORRES-VILLEGAS (01),<br><br>　　　　　　　　Defendant. | CASE NO. 15CR2005-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Information:

　　　8 USC 1324(a)(1)(A)(ii),(v)(II) and (a)(1)(B)(i)

---

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/27/15

　　　　　　　　　　　　　　　　　RUBEN B. BROOKS
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE